IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FAROBAG HOMI COOPER, | ) | |
| on behalf of himself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 13-CV-6 |
| | ) | |
| vs. | ) | Judge Charles R. Norgle, Sr. |
| | ) | Mag. Judge Maria Valdez |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC.; MIDLAND FUNDING LLC; and | ) | |
| BLITT AND GAINES, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above-entitled case should be dismissed with prejudice, all parties to bear their own costs.

Respectfully submitted,

s/Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603-3593
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com
Atty. No. 41106 (Cook)

1

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on January 23, 2013, the foregoing document was filed via the CM/ECF System, which sent notice of such filing via email to the following counsel of record:

Blitt and Gaines, P.C.
c/o Fred Blitt, registered agent
661 Glenn Avenue
Wheeling, IL 60090

Midland Credit Management, Inc.
c/o Illinois Corporation Service Co., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

Midland Funding LLC
c/o Illinois Corporation Service Co., Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

                                              s/Cassandra P. Miller
                                              Cassandra P. Miller